UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

RAYMOND ABADIE                                CIVIL ACTION

VERSUS                                        NO: 02-2888-ILRL-SS

JO ANNE BARNHART, COMMISSIONER OF
SOCIAL SECURITY


                              **O R D E R**

    The Court, after considering the application for attorney's fees and costs, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Jo Anne Barnhart, Commissioner of Social Security, has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

    **IT IS ORDERED** that the application of Edward J. Cloos, III for attorneys fees and costs (Rec. doc. 30) is **GRANTED** and that he is awarded $6,905.00 as attorney's fees and costs.  The award includes 52 hours at $125 per hour for $6,500.00 plus $405.00 in costs.

    New Orleans, Louisiana, this 17th day of January, 2007.


                                        _____
                                        UNITED STATES DISTRICT JUDGE